# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TASI FAAINAFLO LEMUSU,<br><br>        Petitioner,<br><br>        v.<br><br>GARY SWARTHOUT,<br><br>        Respondent. | Case No. CV 14-3023 JC<br><br>JUDGMENT |

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus by a Person in State Custody is denied and this action is dismissed with prejudice.

DATED: April 27, 2015

                                                          /s/
                                    Honorable Jacqueline Chooljian
                                    UNITED STATES MAGISTRATE JUDGE